**James Joseph PANGBURN,
Respondent,**

v.

**James A. RAHM, Individually and
James A. Rahm, L.L.C.,
Appellant.**

**No. WD 67357.**

Missouri Court of Appeals,
Western District.

Aug. 14, 2007.

James P. Barton, Jr., Marshall, MO, for Appellant.

Michael P. Koenig, Chillicothe, MO, for Respondent.

Before THOMAS H. NEWTON, P.J., PAUL M. SPINDEN, and LISA WHITE HARDWICK, JJ.

## ORDER

PER CURIAM.

Mr. James A. Rahm and James A. Rahm L.L.C., appeal the trial court's judgment awarding Mr. Pangburn attorney fees.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).